

# Fourth Court of Appeals
## San Antonio, Texas

May 1, 2014

No. 04-13-00753-CV

Robert **SCHRADE**,
Appellant

v.

Stephen E. **EARLE** MD and Stephen E. Earle MD PA,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-03779
Honorable Laura Salinas, Judge Presiding

# O R D E R

    The Unopposed Motion for Extension of Time to File Reply Brief is GRANTED. The appellant's brief is due on May 12, 2014.

It is so ORDERED on this 1st day of May, 2014.

**PER CURIAM**

Attested to:_____
    Keith E. Hottle
    Clerk of Court

